# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| HAROLD D. HARDEN, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:14-cv-02008-JAD-VCF |
| NEVADA DEPARTMENT OF CORRECTIONS et al., | ) | ORDER |
| Defendants. | ) | |

## I. DISCUSSION

On November 5, 2015, this Court issued a screening order and stayed the case for 90 days to give the parties an opportunity to settle their dispute before a court-appointed mediator. (ECF No. 27). The mediation is scheduled for March 11, 2016, outside of the 90-day stay period. (ECF No. 31). The Court now extends the stay through Friday, March 18, 2016. The Attorney General's Office shall file an updated status report on or before Friday, March 18, 2016.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the stay is extend until Friday, March 18, 2016.

IT IS FURTHER ORDERED that the Attorney General's Office shall file an updated status report on or before Friday, March 18, 2016.

DATED: This 4th day of February, 2016.

_____
United States Magistrate Judge