# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

HAROLD D. HARDEN,

    Plaintiff,

vs.

NEVADA DEPARTMENT OF CORRECTIONS; *et.al.*,

    Defendants.

Case No. 2:14–cv–2008–JAD–VCF

**ORDER**

MOTIONS FOR LEAVE TO FILE SUPPORTING AFFIDAVITS (ECF NO. 77); (ECF NO. 81)

    Before the court are Harden's motions to file supporting affidavits (ECF No. 77); (ECF No. 81). Harden submitted the declaration of fellow inmate Victor Tagle (ECF No. 77) as well as his own declaration (ECF No. 81). Harden also submitted several of his completed grievance forms. (ECF No. 81) Harden may supplement his pleadings and motions with additional pleadings, briefs, authorities, or evidence. LR 7-2(g). After reviewing Harden's motions for leave, this court is unable to determine which motion or motions his the new affidavits were meant to supplement. This court therefore cannot determine if good cause exists to allow Harden's supplementation. *Id.*

    ACCORDINGLY, and for good cause shown,

    IT IS HEREBY ORDERED that Harden's motions for leave to file supporting affidavits (ECF No. 77) and (ECF No. 81) are DENIED without prejudice.

    IT IS SO ORDERED.

    DATED this 12th day of September, 2016

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE