IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD D. HARDEN,<br>    Plaintiff,<br>v.<br>NEVADA DEPARTMENT OF<br>CORRECTIONS, et al.,<br>    Defendants. | Case No. 2:14-cv-2008-JAD-VCF<br><br>ORDER TEMPORARILY<br>UNSEALING AUDIO RECORDING |

Harold D. Harden, Plaintiff, submitted a Transcript Order form requesting a transcript of the Early Mediation Conference, held on 3/25/2016, this is a sealed hearing. The transcript is to be prepared by Felicia Zabin, Transcriber.

**IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Felicia Zabin and providing a copy of the transcript to Harold D. Harden, Plaintiff, as requested.

**IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 1st day of May, 2017.

_____
V. CAM FERENBACH
United States Magistrate Judge

___ FILED  ___ RECEIVED
_X_ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 1 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

CAM FERENBACH
U.S. MAGISTRATE JUDGE